# TOM C. SMITH

ATTORNEY AND COUNSELOR AT LAW

Tom C. Smith, Esq.
Tommy C. Smith, III, Esq.
Kristen Michelle Smith, Esq.

Law Offices of Tom C. Smith
1600 Virginia Beach Blvd.
Virginia Beach, VA 23454

POB 1506
Virginia Beach, VA 23451

757-428-3481
Fax: 757-491-6174

Website: www.tomcsmith.com

Email: office@tomcsmith.com

September 25, 2007

U.S. Bankruptcy Court
600 Granby Street, 4th Floor
Norfolk, VA 23510-1938

    RE:  Anthony Markham
          Bankruptcy Case No: 99-70575-SCS

Dear Sir/Madam:

    Please be advised that I was appointed as the Chapter 7 Trustee in the bankruptcy case of Anthony Markham. The Court reopened Mr. Markham's case as a result of a Motion to Reopen I filed with the Court.

    I am attempting to sell the debtor's interest in real estate and I request that the case reamin open at this time.

    Thank you for your cooperation, and please call me if you have any questions concerning this matter.

Yours truly,

Tom C. Smith
TCS/jlm