# TOM C. SMITH
ATTORNEY AND COUNSELOR AT LAW

Tom C. Smith, Esq.
Tommy C. Smith, III, Esq.
Kristen Michelle Smith, Esq.

Law Offices of Tom C. Smith
1600 Virginia Beach Blvd.
Virginia Beach, VA 23454

POB 1506
Virginia Beach, VA 23451

757-428-3481
Fax: 757-491-6174

Website: www.tomcsmith.com

Email: office@tomcsmith.com

April 29, 2008

United States Bankruptcy Court
600 Granby Street, 4th Floor
Norfolk, VA 23510

    RE: Anthony & Amy Markam
       Case No.99-70575

Dear Sir/Madam:

    In referenced to the above referenced bankruptcy case, please be advised that I am still attempting to sell the real estate Mr. Markham has an interest in. Please allow the above styled case to remain open for this said purpose.

    Thank you for your cooperation and please do not hesitate to call me if you have any questions concerning this matter.

                        Sincerely,

                        Tom C. Smith

TCS/lh